IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JASEN NICKMAN** and **MINERVA LAVERNE MONGER**, husband and wife, | CASE NO. 8:09CV05 |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| **MICHAEL CHERTOFF**, Secretary, United States Department of Homeland Security; **EMILIO GONZALEZ**, Director, United States Citizenship and Immigration Services; **F. GERARD HEINAUER**, District Director, United States Citizenship and Immigration Services in Omaha, Nebraska, | |
| **Defendants.** | |

This matter is before the Court on the Motions to Dismiss (Filing Nos. 6 and 8) filed separately by the Defendants and the Plaintiffs. Having reviewed the motions, I find that the Plaintiffs' motion should be granted and that the matter should be dismissed under Fed. R. Civ. P. 41(a) without prejudice. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss (Filing No. 8) is granted;

2. The Complaint is dismissed without prejudice;

3. The Defendants' Motion to Dismiss (Filing No. 6) is denied as moot; and

4. The parties shall pay their own costs and attorney fees.

DATED this 4th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge